NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUNOCO PARTNERS MARKETING & TERMINALS L.P.,**
*Appellant*

**v.**

**MAGELLAN MIDSTREAM PARTNERS L.P., POWDER SPRINGS LOGISTICS, LLC,**
*Appellees*

---

2020-1719, 2020-1720

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00024, IPR2019-00025.

---

**JUDGMENT**

---

JOHN R. KEVILLE, Winston & Strawn LLP, Houston, TX, argued for appellant.  Also represented by MICHAEL C. KRILL, MICHELLE REPLOGLE; RICHARD L. STANLEY, Law Office of Richard L. Stanley, Houston, TX.

NITIKA GUPTA FIORELLA, Fish & Richardson P.C., Wilmington, DE, argued for all appellees.  Appellee Magellan Midstream Partners L.P. also represented by MARTINA

TYREUS HUFNAL, DOUGLAS E. MCCANN.

DAVID S. MORELAND, Meunier Carlin & Curfman, LLC, Atlanta, GA, for appellee Powder Springs Logistics, LLC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 12, 2021            /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                         Clerk of Court